No. 77–6641. LEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6644. MINNIFIELD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6651. INDIAN BOY X v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6652. SMITH ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–6654. THOMAS v. ALFORD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–6661. WILLIAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6662. SHELBY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–6666. TAYLOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6667. TOWNES v. COLEMAN, ATTORNEY GENERAL OF VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–6675. INMATES OF THE NEBRASKA PENAL AND CORRECTIONAL COMPLEX v. GREENHOLTZ, CHAIRMAN, BOARD OF PAROLE OF NEBRASKA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–6676. HILL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6679. HART v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–6683. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.